DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JIMMY LEE WHEELER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1546
————————————————

September 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon Arend, Judge.

PER CURIAM.

    Affirmed.

VILLANTI, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.